IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RODNEY EUGENE SMITH,**

   **Plaintiff,**
v.                                                        CASE NO. 1:08-cv-147-MP/AK

**WALTER A. MCNEIL,**

   **Defendant.**
_____/

## O R D E R

Plaintiff has requested additional time to file the amended complaint directed by previous order. (Doc. 19). Having considered said request, the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through **April 30, 2009**, to file the amended complaint.

**DONE AND ORDERED** this _10th_ day of April, 2009.

                    s/ A Kornblum
                    **ALLAN KORNBLUM**
                    **UNITED STATES MAGISTRATE JUDGE**